ALFRED E. VASS, Individually, and as Executor of JENNIE S. VASS, Deceased, Respondent, *v.* GERTRUDE V. STURDEVANT, Appellant, and CHESTER MARSHALL et al., Respondents, Impleaded with Others.

*Vass* v. *Marshall*, 134 App. Div. 945, affirmed.
(Argued January 5, 1911; decided January 24, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 1, 1909, affirming a judgment in favor of respondents herein entered upon a decision of the court on trial at Special Term in an action for the construction of the will of Jennie S. Vass, deceased.

*Frank E. Sweetser* and *Roberts Walker* for appellant.

*Alexander S. Bacon* for plaintiff, respondent.

*George K. Jack* and *Jerry A. Wernberg* for defendants, respondents.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK, CHASE, and COLLIN, JJ.